IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LUCILLE ANNE CHAMPION,** | ) | **CASE NO. 8:08CV503** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **SAC FEDERAL CREDIT UNION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on its own motion. The above-captioned matter was filed provisionally on November 10, 2008. (Filing No. 1.) However, the Complaint cannot be processed further until certain technical defects are corrected. To assure further consideration of the Complaint, Plaintiff must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT MAY RESULT IN DISMISSAL OF THE PETITION.**

Plaintiff has failed to include the $350.00 filing fee. Plaintiff has the choice of tendering the $350.00 fee to the Clerk of the court or submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If Plaintiff chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to correct the above-listed technical defect in the Complaint on or before January 9, 2009;

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without prejudice and without further notice; and

3. The Clerk of the court is directed to send to Plaintiff the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

DATED this 10th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge