**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **LUCILLE ANNE CHAMPION,** | ) | **CASE NO. 8:08CV503** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **SAC FEDERAL CREDIT UNION,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on numerous miscellaneous motions filed by Plaintiff. The court dismissed this matter on February 4, 2009, because Plaintiff's Complaint failed to state a claim upon which relief may be granted. (Filing Nos. 40 and 41.) Liberally construed, Plaintiff seeks a refund of the $350.00 filing fee. (Filing No. 48 at CM/ECF pp. 8-9.) Plaintiff paid $250.00 of the filing fee on January 6, 2009. (*See* Docket Sheet.) On February 4, 2009, the court granted Plaintiff's Motion to Proceed In Forma Pauperis and relieved Plaintiff from her obligation to pay the remainder of the court's filing fee. (Filing No. 40.) However, on February 10, 2009, Plaintiff paid $100.00, the remainder of the filing fee. (*See* Docket Sheet.) Plaintiff is therefore entitled to a refund of the $100.00 paid after Plaintiff was granted in forma pauperis status. However, Plaintiff is not entitled to any other refund.

In addition, since the dismissal of the Complaint, Plaintiff filed nine separate letters, motions, and briefs. (Filing Nos. 42-50.) Other than the request to refund the filing fee, these documents are largely indecipherable and nonsensical and basically re-state the allegations of the Complaint.[1] Treated as Motions, the remainder of the relief sought by

---

[1] For example, Plaintiff requests that the court prevent individuals from stealing items (such as cosmetics and tweezers) from her home, allow her to get an abortion, fix her credit report so that she may have "all of the benefits that go with being a millionaire," and other relief. (Filing Nos. 44 and 46.)

Plaintiff in these documents is denied. In addition, Plaintiff is cautioned that the filing of frivolous motions and other documents is an abuse of this court's processes under Federal Rule of Civil Procedure 11. In the event that Plaintiff continues to file such frivolous motions, the court will sanction Plaintiff appropriately.

IT IS THEREFORE ORDERED that:

1. To the extent Plaintiff requests a refund of the filing fee paid (Filing No. 48), that request is granted in part;

2. The Clerk of the court shall refund to Plaintiff $100.00, the portion of the filing fee paid after the court relieved Plaintiff from her obligation to pay the remainder of the filing fee; and

3. All of Plaintiff's other pending Motions, Letter, and Briefs (Filing Nos. 42-50) are denied.

Dated this 31st day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge